PARGA & FRONTERA, PLAINTIFFS AND APPELLANTS, v. ROYAL INSURANCE COMPANY, DEFENDANT AND APPELLEE.

APPEAL from the District Court of Mayagüez in an Action to Recover on an Insurance Policy.

No. 2952.—Decided June 19, 1923.

ARBITRATION AND. AWARD—COSTS—DISCRETION OF COURT.—The court made proper use of its discretion in not imposing the costs upon the defendant in this action for damages, for after the plaintiff had submitted to an arbitration the defendant was justified in believing that the damages were not greater than the award, especially as the plaintiff was seeking to recover a greater sum than that actually found by the court.

The facts are stated in the opinion.

*Mr. P. Fajardo* for the appellants.

*Mr. J. Sabater* for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

The substantial part of this appeal is disposed of by our opinion and judgment in No. 2935.

As to the failure of the court to impose costs against defendant, that was a matter within the sound discretion of the court and we find no abuse. In point of fact, after complainant had submitted to an arbitration the defendant was justified in believing that the damages were not greater than the award, especially as complainant was seeking to recover a greater sum than that actually found by the court.

The judgment must be

*Affirmed.*

Chief Justice Del Toro and Justices Aldrey, Hutchison and Franco Soto concurred.